UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF WISCONSIN

---

KENOSHA PLUMBERS LOCAL 118 PENSION FUND,
LARRY VANCE *in his capacity as Trustee,*
WISCONSIN PIPE TRADES HEALTH FUND,
KEVIN LAMERE *in his capacity as Trustee,*

        Plaintiffs,

        v.                        Case No. 11-C-0849

GZB LLC,

        Defendant.

---

## ORDER FOR INJUNCTIVE RELIEF

Motion for entry of injunctive relief having been brought by the plaintiffs in the above-captioned action, the court finds that:

    1.    Defendant GZB, LLC has failed to plead or otherwise defend as provided by Rule 55(a) of the Federal Rules of Civil Procedure.

    2.    Defendant GZB, LLC violated the Employee Retirement Income Security Act of 1974, as amended, and the effective collective bargaining agreement by failing to pay fringe benefit contributions on behalf of its employees to the plaintiff Funds and by failing to submit to an audit of the company's books and records by the plaintiff Funds' designated representative covering the period of July 1, 2008, to the present date.

    3.    Plaintiff's must conduct an audit of defendant's payroll records to liquidate their claims and proceed to judgment.

As a result,

IT IS ORDERED THAT,

(1) the defendant GZB, LLC shall submit within ten (10) days of the date of this order to an audit of the company's books and records by the plaintiff Funds' designated representative covering the period of July 1, 2008, to the resent date; and

(2) that the results of said audit shall be submitted to the court within ten (10) days of the completion of the audit.

Dated at Milwaukee, Wisconsin, this 16th day of November, 2011.

BY THE COURT

/s/ C. N. Clevert, Jr.
C. N. CLEVERT, JR.
CHIEF U. S. DISTRICT JUDGE